# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Hicks, S Maurice**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Hicks, S Maurice [electronically signed on 08/14/2020 by Hicks, S Maurice in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Centenary College of Louisiana | University/College | Lecturer/Adjunct Faculty Member |
| 2 | Children and Arthritis, Inc. (501(c) (3) organization) | Non-Profit | Board of Directors Member |
| 3 | Global Power Air Museum of Barksdale Air Force Base (501(c)(3) organization) | Non-Profit | Advisory Board Member |
| 4 | Paul M. Hebert Law Center, Louisiana State University | University/College | Board of Trustees |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Self Employed | Management Fees |

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1 | Bar Group, Bar Organization or Bar Association | 04/11/2019 - 04/12/2019 | New Orleans, LA | Activity of professional assoc or civic organization | Transportation, meals, lodging |

## V. Gifts

None

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Midland Mortgage | Mortgage - Rental Property #1, Ruston, LA | None |
| 2 | Progressive Bank | Line of Credit | $15,001 - $50,000 |
| 3 | Northwestern Mutual | Personal Loan | $15,001 - $50,000 |
| 4 | Origin Bank | Mortgage (Investment / Rental Property) | None |

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|-------------|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| 1 | Capital One Bank Account #1 | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2 | State Farm Life Insurance Co. Universal Life | $1,000 or less | Interest, Dividend | $15,001 - $50,000 | Cash Market | | | |
| 3 | Northwestern Mutual Life Insurance Co. Whole Life | $1,000 or less | Interest, Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Timber Land, Lincoln Parish, Louisiana - 1/1/96 | See Note | None | None | $15,001 - $50,000 | Cost (Real Estate Only) | | | |
| 5 | Rental Property #1, Ruston, LA - 07/03/01 | See Note | $5,001 - $15,000 | Rent | None | Cost (Real Estate Only) | | | |
| 5.1 | Rental Property #1, Ruston, LA - 07/03/01 | | | | | | Sold | 07/05/2019 | $50,001 - $100,000 |
| 6 | Red River Syndicate LP | See Note | $5,001 - $15,000 | Dividend, Interest, Gain | $50,001 - $100,000 | Book Value | | | |
| 7 | Janney, Montgomery Scott Brokerage Account - Cash | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 8 | IRA #2 Raymond James Bank Deposit Program | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 9 | Raymond James Bank Deposit Program-T | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 10 | JP Morgan -Cash Acct. | | None | None | $15,000 or less | Cash Market | | | |
| 11 | Raymond James Bank Deposit Program-S | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 12 | IRA #2-Apple Incorporated | | $1,000 or less | Dividend | None | Cash Market | | | |
| 12.1 | IRA #2-Apple Incorporated | | | | | | Distributed | 12/31/2019 | $15,000 or less |
| 13 | IRA #2-Cyrusone Incorporated | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 14 | IRA #2-W P Carey Inc. | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 14.1 | IRA #2-W P Carey Inc. | | | | | | Sold | 11/06/2019 | $15,000 or less |
| 15 | IRA #2- Hydrogenics | | None | None | None | Cash Market | | | |
| 15.1 | IRA #2- Hydrogenics | | | | | | Sold | 09/12/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 16 | Gilead Sciences - Janney | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 17 | IberiaBank | None | None | $15,000 or less | Cash Market | | | |
| 18 | IRA #2- T. Rowe Price Blue Chip | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 19 | IRA #2 - Dodge & Cox Stock Fund | $1,000 or less | Dividend | None | Cash Market | | | |
| 19.1 | IRA #2 - Dodge & Cox Stock Fund | | | | | Sold | 03/11/2019 | $15,000 or less |
| 20 | IRA #2 - Amazon | None | None | None | Cash Market | | | |
| 20.1 | IRA #2 - Amazon | | | | | Distributed | 12/31/2019 | $15,001 - $50,000 |
| 21 | IRA #2 - Alphabet Inc | None | None | None | Cash Market | | | |
| 21.1 | IRA #2 - Alphabet Inc | | | | | Distributed | 12/31/2019 | $15,001 - $50,000 |
| 22 | IRA #2 - Delware Smal Cap | $1,000 or less | Interest, Dividend | None | Cash Market | | | |
| 22.1 | IRA #2 - Delware Smal Cap | | | | | Sold | 03/12/2019 | $15,000 or less |
| 23 | IRA #2- Fidelity Small Cap Growth Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 23.1 | IRA #2- Fidelity Small Cap Growth Fund | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 24 | IRA #2 - MSIF International Opp Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 24.1 | IRA #2 - MSIF International Opp Fund | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 25 | IRA #2 - Eaton Vance Atlanta Capital SMID Cap Fund | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 25.1 | IRA #2 - Eaton Vance Atlanta Capital SMID Cap Fund | | | | | Sold | 03/12/2019 | $15,000 or less |
| 26 | IRA #2 - Pioneer Bond Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 26.1 | IRA #2 - Pioneer Bond Fund | | | | | Sold | 10/24/2019 | $15,000 or less |
| 27 | IRA #2 - Fidelity OTC Portfolio Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 27.1 | IRA #2 - Fidelity OTC Portfolio Fund | | | | | Sold | 10/28/2019 | $15,000 or less |
| 28 | IRA #2 - Dodge & Cox Income Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 28.1 | IRA #2 - Dodge & Cox Income Fund | | | | | Sold | 03/11/2019 | $15,000 or less |
| 29 | IRA #2 - GNMA REMIC Trust 2010-162 | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 30 | IRA #2 - Vanguard Wellesley Income Fund Admiral Shares | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 30.1 | IRA #2 - Vanguard Wellesley Income Fund Admiral Shares | | | | | Sold | 03/11/2019 | $15,000 or less |
| 31 | Capital One Bank Account #2 | None | None | $15,000 or less | Cash Market | | | |
| 32 | Capital One Bank Account #3 | None | None | $15,000 or less | Cash Market | | | |
| 33 | Capital One Bank Account #4 | None | None | $15,000 or less | Cash Market | | | |
| 34 | Capital One Bank Account #5 | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 35 | IRA #2- Youngevity International Incorp Com New | None | None | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 35.1 | IRA #2- Youngevity International Incorp Com New | | | | | Distributed | 12/31/2019 | $15,000 or less |
| 36 | IRA #2- American Century Ultra Fund Investor Shares N/L | None | None | None | Cash Market | | | |
| 36.1 | IRA #2- American Century Ultra Fund Investor Shares N/L | | | | | Sold | 10/23/2019 | $15,000 or less |
| 37 | IRA #2- Blackrock Mid Cap Growth Equity Portfolio Ins Class | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 37.1 | IRA #2- Blackrock Mid Cap Growth Equity Portfolio Ins Class | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 38 | IRA #2- Cohen & Steers Real Estate Securities Fund Class I | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 38.1 | IRA #2- Cohen & Steers Real Estate Securities Fund Class I | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 39 | IRA #2-Fidelity Advisor International Real Estate Fund Class I | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 40 | IRA #2- Franklin Dynatech Fund Advisor Class | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 41 | IRA #2- Franklin Convertible Securities Fund Advisor Class | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 42 | IRA #2- Goldman Sachs Small Cap Value Insights FD Investor | $1,000 or less | Dividend | None | Cash Market | | | |
| 42.1 | IRA #2- Goldman Sachs Small Cap Value Insights FD Investor | | | | | Sold | 03/12/2019 | $15,000 or less |
| 43 | IRA #2- Janus Henderson Enterprise Fund Class I | $1,000 or less | Dividend | None | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 43.1 | IRA #2- Janus Henderson Enterprise Fund Class I | | | | | Sold | 03/11/2019 | $15,000 or less |
| 44 | IRA #2 - New Perspective Fund Class F2 | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 45 | IRA #2- Vanguard Equity Income Fund Admiral Shares | None | None | None | Cash Market | | | |
| 45.1 | IRA #2- Vanguard Equity Income Fund Admiral Shares | | | | | Sold | 03/11/2019 | $15,000 or less |
| 46 | IRA #2 - Vanguard Explorer Fund Admiral Shares | $1,000 or less | Dividend | None | Cash Market | | | |
| 46.1 | IRA #2 - Vanguard Explorer Fund Admiral Shares | | | | | Sold | 11/29/2019 | $15,000 or less |
| 47 | IRA #2 - Virtus Kar Small Cap Growth Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 47.1 | IRA #2 - Virtus Kar Small Cap Growth Fund | | | | | Purchased | 03/12/2019 | $15,000 or less |
| 48 | IRA #2 - Pacer Trendpilot US Large Cap | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 49 | Pacer Trendpilot US Large Cap ETF- Raymond James T | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 50 | Energy Transfer LTD - Janney | $1,000 or less | Interest, Dividend | $15,000 or less | Cash Market | | | |
| 51 | Bank of America Corp - Janney | $1,000 or less | Dividend | None | Cash Market | | | |
| 51.1 | Bank of America Corp - Janney | | | | | Sold | 07/17/2019 | $15,000 or less |
| 52 | Citigroup Inc - Janney | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 53 | IRA #2 - AMG Yacktman Focused Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 53.1 | IRA #2 - AMG Yacktman Focused Fund | | | | | Purchased | 03/11/2019 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 54 | IRA #2 - AMG FQ Long-Short Equity Fund | $1,000 or less | Dividend | None | Cash Market | | | |
| 54.1 | IRA #2 - AMG FQ Long-Short Equity Fund | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 54.2 | IRA #2 - AMG FQ Long-Short Equity Fund | | | | | Sold | 10/28/2019 | $15,000 or less |
| 55 | SPDR S&P 600 Small Cap ETF | $1,000 or less | Dividend | None | Cash Market | | | |
| 55.1 | SPDR S&P 600 Small Cap ETF | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 55.2 | SPDR S&P 600 Small Cap ETF | | | | | Sold | 10/29/2019 | $15,000 or less |
| 56 | IRA #2 - Vanguard Dividend Appreciation | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 56.1 | IRA #2 - Vanguard Dividend Appreciation | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 57 | IRA #2 - Invesco S&P Midcap Low Volatility | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 57.1 | IRA #2 - Invesco S&P Midcap Low Volatility | | | | | Purchased | 03/11/2019 | $15,000 or less |
| 58 | IRA #2 - Lord Abbett Short Duration Income Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 58.1 | IRA #2 - Lord Abbett Short Duration Income Fund | | | | | Purchased | 03/12/2019 | $15,000 or less |
| 58.2 | IRA #2 - Lord Abbett Short Duration Income Fund | | | | | Purchased | 10/29/2019 | $15,000 or less |
| 59 | IRA #2 - Western Asset Core Bond | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 59.1 | IRA #2 - Western Asset Core Bond | | | | | Purchased | 10/23/2019 | $15,000 or less |
| 60 | IRA #2 - Brown Advisory Sustainability Growth Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 60.1 | IRA #2 - Brown Advisory Sustainability Growth Fund | | | | | Purchased | 10/23/2019 | $15,000 or less |
| 61 | IRA #2 - AMG River Road Small Cap Value Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 61.1 | IRA #2 - AMG River Road Small Cap Value Fund | | | | | Purchased | 10/28/2019 | $15,000 or less |
| 62 | IRA #2 - Fidelity Advisor Growth Opportunities Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 62.1 | IRA #2 - Fidelity Advisor Growth Opportunities Fund | | | | | Purchased | 10/29/2019 | $15,000 or less |
| 63 | IRA #2 - Columbia Mortgage Opportunities Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 63.1 | IRA #2 - Columbia Mortgage Opportunities Fund | | | | | Purchased | 11/29/2019 | $15,000 or less |
| 64 | IRA #2 - PIMCO Long Term Credit Bond Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 64.1 | IRA #2 - PIMCO Long Term Credit Bond Fund | | | | | Purchased | 11/29/2019 | $15,000 or less |
| 65 | IRA #2 - ISHARES TR Edge MSCI MINM | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 65.1 | IRA #2 - ISHARES TR Edge MSCI MINM | | | | | Purchased | 11/29/2019 | $15,000 or less |
| 66 | BancorpSouth Checking (X) | None | None | $15,000 or less | Cash Market | | | |
| 67 | IRA #3 - Alphabet Incorporated | None | None | $15,001 - $50,000 | Cash Market | | | |
| 67.1 | IRA #3 - Alphabet Incorporated | | | | | Opened | 12/31/2019 | $15,001 - $50,000 |
| 68 | IRA #3 - Amazon | None | None | $15,001 - $50,000 | Cash Market | | | |
| 68.1 | IRA #3 - Amazon | | | | | Opened | 12/31/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 69 | IRA #3 - Apple | None | None | $15,000 or less | Cash Market | | | |
| 69.1 | IRA #3 - Apple | | | | | Opened | 12/31/2019 | $15,000 or less |
| 70 | IRA #3 - Youngevity International | None | None | $15,000 or less | Cash Market | | | |
| 70.1 | IRA #3 - Youngevity International | | | | | Opened | 12/31/2019 | $15,000 or less |
| 71 | IRA #3 - Raymond James Bank Deposit | None | None | $15,000 or less | Cash Market | | | |
| 71.1 | IRA #3 - Raymond James Bank Deposit | | | | | Opened | 12/31/2019 | $15,000 or less |
| 72 | IRA #4 - Raymond James Bank Deposit | None | None | $15,000 or less | Cash Market | | | |
| 72.1 | IRA #4 - Raymond James Bank Deposit | | | | | Opened | 12/31/2019 | $15,000 or less |
| 73 | Origin Bank | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 73.1 | Origin Bank | | | | | Opened | 06/21/2019 | $15,000 or less |
| 74 | CVS Health Corp - Janney | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 74.1 | CVS Health Corp - Janney | | | | | Purchased | 10/21/2019 | $15,000 or less |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 4 | Purchase price $30,000 |

| PART | # | NOTE |
| --- | --- | --- |
| VII. | 5 | Purchase price $74,000 |
| VII. | 6 | Book value $50,001 - $100,000 |